# Order

Michigan Supreme Court
Lansing, Michigan

August 22, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145594(19)(20)

_____

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

WILLIAM CRAIG GARRETT,
        Defendant-Appellant.
_____/

SC: 145594
COA: 307728
Wayne CC: 1995-003838-FH

       On order of the Chief Justice, the motion by Omar Rashad Pouncy to file an amicus curiae brief is GRANTED. The amicus curiae brief received on July 25, 2013, is accepted for filing. It is further ordered that Edward Donald Burley's motion to waive fees and costs is GRANTED but that his motions for immediate consideration to stay proceedings and for reconsideration of the July 15, 2013 order denying the motion to file an amicus curiae brief are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      August 22, 2013           

                                           Clerk